Darren Eugene SHERMAN, Petitioner–Appellant,

v.

Ernest C. ROE, Warden; California Attorney General; Daniel E. Lungren, Attorney General, Respondents–Appellees.

No. 00–55975.

D.C. No. CV–98–00172–AHS.

United States Court of Appeals, Ninth Circuit.

Submitted July 11, 2002.*

Decided July 16, 2002.

Before KOZINSKI and FERNANDEZ, Circuit Judges, and MAHAN, District Judge.**

MEMORANDUM***

We affirm the denial of Sherman's habeas petition for reasons stated in Magistrate Judge Zarefsky's Report and Recommendation and adopted by the district court.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable James C. Mahan, United States District Judge for the District of Nevada, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

